In the Matter of the Application of JOHN J. TURNER, Petitioner, for a Certiorari Order against LEWIS J. VALENTINE, as Commissioner of the Police Department of the City of New York, Respondent.— Order of certiorari to review the determination of respondent, Lewis J. Valentine, as commissioner of the police department of the city of New York, in dismissing petitioner from the position which he held as patrolman in the police department of the city of New York, unanimously dismissed, and the determination of the respondent confirmed, with fifty dollars

costs and disbursements to the respondent. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Untermyer, JJ.